United States District Court
Southern District of Texas

**ENTERED**

April 14, 2021

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Michael Palma, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-1210 |
| | § | |
| Greg Abbot, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act, this case is **REFERRED** to United States Magistrate Judge Christina Bryan.

All parties are **ORDERED** to advise the court within 20 days of the entry of this Order whether they will consent to the jurisdiction of Magistrate Judge Christina Bryan for all purposes in this case pursuant to 28 U.S.C. § 636(c). For the convenience of the parties the clerk is **ORDERED** to forward to plaintiff and defendant a "Consent to Proceed Before United States Magistrate Judge Christina Bryan" form with each party's copy of this Order.

Accordingly, the Initial Pretrial and Scheduling Conference set on July 16, 2021 at 3:00 pm is **CANCELED**.

**SIGNED** at Houston, Texas, on this the 14th day of April, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE