IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Michael Palma, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-1210 |
| | § | |
| Greg Abbott, et al., | § | |
| | § | |
| Defendants. | § | |

## CONSENT TO PROCEED BEFORE
## UNITED STATES MAGISTRATE JUDGE CHRISTINA BRYAN
### (CIVIL CASE)

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to this action waive their rights to proceed before a district judge of the court and consent to have United States Magistrate Judge Christina Bryan conduct all further proceedings in the case, including hearings and rulings on motions, pretrial conferences and trial, and the entry of judgment. <u>All parties</u> must execute this form.

_____ for _____

_____ for _____

_____ for _____

_____ for _____

## ORDER OF REFERENCE

It is **ORDERED** that the Clerk of Court reassign this action to United States Magistrate Judge Christina Bryan to conduct all further proceedings, including hearings and rulings on motions, pretrial conferences and trial, and the entry of final judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

_____          _____
          DATE                                        SIM LAKE
                                         SENIOR UNITED STATES DISTRICT JUDGE