| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

RECEIVED
UNITED STATES MARSHAL
2021 APR 15 AM 8:12
SOUTHERN DIST. S/TX

| PLAINTIFF<br>Michael Palma | COURT CASE NUMBER<br>4:21cv1210 |
|---|---|
| DEFENDANT<br>Greg Abbott, et al | TYPE OF PROCESS<br>Summons, Complaint, and Order |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
Harris County Appraisal Review Board - Ronnie Thomas

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
13013 Northwest Freeway Houston, TX 77040

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, TX 77208

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

*Claudia Gutierrez*

TELEPHONE NUMBER: 713-250-5500
DATE: 04/13/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. F79 | No. F79 | 3082 | 4-15-21 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 4-16-21  Time: 9:00 ☒ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
Dorsa B
3082

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>0.00 |
|---|---|---|---|---|---|

REMARKS:
*Per HCAd Security, Ronnie Thomas no longer employeed with HCAd. No service fee included because I was serving someone else at same location.*

United States Courts
Southern District of Texas
FILED
APR 19 2021
Nathan Ochsner, Clerk of Court

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18