# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
2021 APR 15 AM 8:10
SOUTHERN DIST. S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael Palma | 4:21cv1210 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Greg Abbott, et al | Summons, Complaint, and Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Texas General Land Office - George P. Bush

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1700 N. Congress Ave. Austin, TX 78701-1495

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, TX 77208

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Claudia Gutierrez*

TELEPHONE NUMBER: 713-250-5500
DATE: 04/13/2021

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. F79 | District to Serve No. F79 | Signature of Authorized USMS Deputy or Clerk — 3080 | Date 4-15-21 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

United States Courts
Southern District of Texas
FILED
MAY 07 2021
Nathan Ochsner, Clerk of Court

| Date | Time | |
|---|---|---|
| 4-26-21 | 8:51 | ☒ am ☐ pm |

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

| Service Fee 8.00 | Total Mileage Charges *(including endeavors)* 0 | Forwarding Fee 0 | Total Charges 8.00 | Advance Deposits 0 | Amount owed to U.S. Marshal* or (Amount of Refund*) 0.00 |
|---|---|---|---|---|---|

REMARKS: Certified Tracking Number # 7014 2280 0002 0708 2620 delivered 4-26-2021 8:51 am

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18



1210
#4



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George P. Bush
Texas General Land Office
1700 N. Congress Ave.
Austin, TX 78701-1495

9590 9402 5383 9189 6756 68

2. Article Number (Transfer from service label)

7019 2280 0002 0708 2620

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# Track a package

70192280000207082620

 USPS package #70192280000207082620
www.usps.com

# Delivered: Mon, Apr 26, 08:51 AM

| Processed | | | In transit |
|---|---|---|---|
| DATE | TIME | LOCATION | STATUS |
| Apr 26 | 8:51 AM | Austin, TX, United States | Delivered |
| Apr 24 | 10:11 AM | Austin, TX, United States | Available for pickup |
| Apr 24 | 8:37 AM | Austin, TX, United States | Arrived at post office |
| Apr 23 | 9:38 AM | Austin, TX, United States | Available for pickup |
| Apr 22 | 8:41 PM | Austin Tx Distribution Center | Departed USPS regional facility |