| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF<br>Michael Palma | COURT CASE NUMBER<br>4:21cv1210 |
|---|---|
| DEFENDANT<br>Greg Abbott, et al | TYPE OF PROCESS<br>Summons, Complaint, Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Greg Abbott

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
William P. CLements State Office Building 300 W. 15th St. Austin, TX 78707

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Nathan Ochsner<br>Clerk of Court<br>P.O. Box 61010<br>Houston, TX 77208 | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of:<br>*Claudia Gutierrez* | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>713-250-5500 | DATE<br>04/13/2021 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. F79 | District to Serve<br>No. F79 | Signature of Authorized USMS Deputy or Clerk<br>3083 | Date<br>4-15-21 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>4-26-21 | Time<br>7:43 | [X] am<br>[ ] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>3087 | | |

| Service Fee | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>0.00 |
|---|---|---|---|---|---|
| 8 | | | 8 | | |

REMARKS: Certified Mail Tracking # 7019 2280 0002 0708 2637 delivered 4-26-21 7:43 am

United States Courts
Southern District of Texas
FILED
MAY 07 2021
Nathan Ochsner, Clerk of Court

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $           Postmark
☐ Adult Signature Required         $             Here
☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
William P. Clements State Office Bld. 300 W 15th St
City, State, ZIP+4
Austin, TX 78707

7019 2280 0002 0708 2637

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

APR 21 2021

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Greg Abbott & Ken Paxton
William P. Clements State Office
Buildings
300 W. 15th St. 78701
Austin, TX 78701 78701

9590 9402 5383 9189 6756 75

2. Article Number (Transfer from service label)
7019 2280 0002 0708 2637

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

RECEIVED IN
MAIL CENTER
APR 26 2021

3. Service Type
☐ Adult Signature                   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                   ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation™
☐ Insured Mail                      ☐ Signature Confirmation Restricted Delivery
   Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# Delivered: Mon, Apr 26, 07:43 AM

| | Processed | | In transit | Delivered |
|---|---|---|---|---|

| DATE | TIME | LOCATION | STATUS |
|---|---|---|---|
| Apr 26 | 7:43 AM | Austin, TX, United States | Delivered, PO box |
| Apr 26 | 7:40 AM | Austin, TX, United States | Available for pickup |
| Apr 26 | 7:16 AM | Austin, TX, United States | Arrived at post office |
| Apr 24 | 9:49 AM | Austin, TX, United States | Available for pickup |
| Apr 24 | 6:10 AM | Austin, TX, United States | Out for delivery |